# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TOMMY TOMPKINS, JR., on behalf of himself and all others similarly situated, | ) ) ) |
| v. | ) Case No. 1:20-cv-00033 ) |
| HALO VEHICLE PROTECTION, LLC and MATRIX WARRANTY SOLUTIONS, INC., | ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS HALO VEHICLE PROTECTION, LLC AND MATRIX WARRANTY SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendants Halo Vehicle Protection, LLC ("Halo") and Matrix Warranty Solutions, Inc. ("Matrix"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(2), respectfully move the Court to dismiss Plaintiff's Class Action Complaint for lack of personal jurisdiction. Defendants contemporaneously submit and file herewith their Memorandum in Support of this motion.

WHEREFORE, for the reasons stated in their Memorandum in Support of their Motion to Dismiss, Halo and Matrix respectfully request that the Court grant their Motion to Dismiss and enter an order dismissing the Class Action Complaint as to Halo and Matrix, and further grant them any such other and relief that the Court deems equitable and just.

Dated: March 4, 2020

Respectfully submitted,

MATRIX WARRANTY SOLUTIONS, INC.
and
HALO VEHICLE PROTECTION, LLC

By counsel
/s/ *William D. Montgomery, Jr.*
William D. Montgomery, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
107 Saint Francis Street, Suite 3340
Mobile, Alabama 36602
Phone: 251-338-2733
Fax: 251-338-2722
monty@ball-ball.com

and

Joseph P. Bowser (*Pro Hac Vice*)
ROTH JACKSON
11 S. 12th Street, Suite 500
Richmond, Virginia 23219
Phone:         804-441-8701
Fax: 804-441-8438
jbowser@rothjackson.com

and

Gregory M. Caffas (*Pro Hac Vice*)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, Virginia 22102
Phone:         703-485-3531
Fax: 703-485-3525
gcaffas@rothjakson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March 2020, I electronically filed the foregoing, using the CM/ECF system, which will send notification of such filing to the following:

Kenneth J. Riemer, Esq.
Earl P. Underwood, Jr., Esq.
UNDERWOOD & RIEMER, PC
2153 Airport Boulevard
Mobile, AL  36606
epu@urlaw.onmicrosoft.com
kjr@urlaw.onmicrosoft.com
*Attorney for Plaintiff*

/s/ *William D. Montgomery, Jr.*
William D. Montgomery, Jr.