IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMY TOMPKINS, JR., on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 20-00033-JB-M |
| HALO VEHICLE PROTECTION, LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

The Court resets Defendants' Motion to Dismiss Class Action Complaint (Doc. 12) for hearing before District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL on **July 20, 2020 at 10:00 a.m.**

**DONE and ORDERED** this 1st day of July, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE