IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY TOMPKINS, JR., on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) HALO VEHICLE PROTECTION, LLC, et al., ) ) Defendants. ) | CIVIL ACTION NO. 20-00033-JB-M |

**ORDER**

This matter is before the Court on Defendants Halo Vehicle Protection, LLC ("Halo") and Matrix Warranty Solutions, Inc.'s ("Matrix") Motion to Dismiss for lack of personal jurisdiction (Doc. 12), Plaintiff's Response in Opposition (Doc. 25), and Defendants' Reply (Doc. 28). The Court conducted oral argument of the Motion on July 20, 2020, at which all parties appeared by counsel and were heard. The Motion is ripe for review. After careful consideration, and with the benefit of oral argument, the Court ORDERS as follows:

1. The Motion to Dismiss as to Halo is DENIED for the reasons stated on the record of the argument conducted on July 20, 2020.

2. The Motion to Dismiss as to Matrix shall be held in abeyance pending the parties' completion of limited discovery directed to the Court's exercise of specific personal jurisdiction over Matrix and MVR Holdings, LLC in this action.

**DONE and ORDERED** this 23rd day of July, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE