**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **TOMMY J. TOMPKINS, JR.,** on behalf of himself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | 1:20-cv-00033-JB-N |
| ) | |
| v. ) | |
| ) | |
| **HALO VEHICLE PROTECTION, LLC** and **MATRIX WARRANTY SOLUTIONS, INC.,** ) ) ) ) | |
| Defendants, ) | |

**NOTICE OF CONSUMMATION OF SETTLEMENT**

**COMES NOW** the Plaintiff and notifies the Court that the settlement with defendant Matrix Warranty Solutions, Inc., has been consummated. Plaintiff hereby dismisses his claims, as against Matrix Warranty Solutions, Inc., only, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this the 8th day of December 2020.

> */s/Earl P. Underwood, Jr.*
> **Earl P. Underwood, Jr., Esq.**
> **Underwood & Riemer, P.C.**
> **21 South Section Street**
> **Fairhope, Alabama 36532**
> **Telephone:    (251) 990-5558**
> **Facsimile:    (251) 990-0626**
> **Email: epunderwood@alalaw.com**
> *Attorney for Plaintiff, Tommy Tompkins, Jr.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send Notice to all Counsel of record as follows:

William D. Montgomery
Ball, Ball, Matthews & Novak, P.A.
107 Saint Francis Street, Suite 3340
Mobile, Alabama 36602
Telephone: (251) 338-2733
Facsimile: (251) 338-2722
monty@ball-ball.com
*Attorney for Defendant Matrix Warranty Solutions, Inc.*

Joseph Paul Bowser
Roth Jackson Gibbons Condlin, PLC
1519 Summit Avenue, Suite 102
Richmond, Virginia 23230
Telephone: (804) 441-8701
Facsimile:  (804) 441-8438
jbowser@rothjackson.com
*Attorney for Defendant Matrix Warranty Solutions, Inc*

Gregory Caffas
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive
Suite 820
McLean, Virginia 22102
Telephone: (703) 485-3533
gcaffas@rothjackson.com
*Attorney for Defendant Matrix Warranty Solutions, Inc*

                                      */s/ Earl P. Underwood, Jr.*
                                      **Earl P. Underwood, Jr. (UND006)**