**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TOMMY J. TOMPKINS, JR., on behalf of himself and all others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **1:20-cv-00033-JB-N** |
| **v.** | ) ) | |
| **MVR HOLDINGS, LLC, et. al.** | ) ) ) | |
| **Defendants,** | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** Plaintiff and hereby dismisses this Case without prejudice pursuant to Fed.

R. Civ. P. 41(a)(1)(i) and states the following:

There have been three defendants in this matter. Plaintiff filed a Notice of Dismissal of

Defendant, Halo Vehicle Protection, LLC on September 15, 2020 (Doc. 36).  On December 8,

2020, Matrix Warranty Solutions, Inc. (Doc 52) and Matrix was dismissed on November 3, 2020

(Doc. 46). Plaintiff now dismisses the only remaining defendant, MVR Holdings, LLC.

Respectfully submitted this the 7th day of April 2021.

> */s/Earl P. Underwood, Jr.*
> **Earl P. Underwood, Jr., Esq.**
> **Underwood & Riemer, P.C.**
> **21 South Section Street**
> **Fairhope, Alabama 36532**
> **Telephone:    (251) 990-5558**
> **Facsimile:    (251) 990-0626**
> **Email: epunderwood@alalaw.com**
> ***Attorney for Plaintiff, Tommy Tompkins, Jr.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send Notice to all Counsel of record.


*/s/ Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr. (UND006**)